459 A.2d 30

Commonwealth v. Deshields, Appellant.

Submitted June 4, 1982. William P. James, for appellant; William R. Thompson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order affirmed.